FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

(Revised 5/93)

# CLERK'S COURTROOM MINUTE SHEET- WITNESS LIST

'11 JAN 12 P2:31

1/10/2011
CASE NO. 10-10089 -WEB

CLERK, U.S. DISTRICT COURT
BY: MAS DEPUTY CLERK
AT WICHITA, KS

| WITNESS FOR USA Name | Sworn | WITNESS FOR DEFT. Name | Sworn |
|---|---|---|---|
| Special Agent Kevin Ellis | ( x) | Special Agent John Brooks | (x ) |
| Special Agent George Morrison | ( x) | Marlin Butler | (x ) |
| | ( ) | | ( ) |
| | ( ) | | ( ) |
| | ( ) | | ( ) |
| | ( ) | | ( ) |
| | ( ) | | ( ) |
| | ( ) | | ( ) |
| | ( ) | | ( ) |
| | ( ) | | ( ) |
| | ( ) | | ( ) |
| | ( ) | | ( ) |
| | ( ) | | ( ) |
| | ( ) | | ( ) |
| | ( ) | | ( ) |
| | ( ) | | ( ) |
| | ( ) | | ( ) |
| | ( ) | | ( ) |